UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Fikadu Senbeta,

    Plaintiff,

v.

Haugabook Tansunia,

    Defendant.

Case No. 2:25-cv-984

Judge Michael H. Watson

Magistrate Judge Vascura

### ORDER

The Magistrate Judge performed an initial screen of this case pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction. R&R, ECF No. 3. The R&R notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 4–5. Plaintiff failed to object, and the Court therefore **ADOPTS** the R&R without performing a *de novo* review. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT